260 So.2d 322

**CENTRAL CREDIT CORPORATION, MID-CITY BRANCH, Inc.**

**v.**

**James R. RAVENCRAFT.**

**No. 52375.**

April 18, 1972.

On the facts found by the Court of Appeal there is no error of law in the judgment.